IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ROSE M. DEVINE,** | : | |
| Petitioner, | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 24-cv-00017** |
| | : | |
| **COMMISSIONER OF SOCIAL SECURITY,** | : | |
| Respondent. | : | |

## ORDER

**AND NOW**, this 2nd day of October 2024, upon careful and independent consideration of Petitioner's Brief and Statement of Issues in Support of Request for Review (ECF No. 9) and after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells ("R&R") (ECF No. 13), the Social Security Administrative Record ("R.") (ECF No. 8) and Petitioner's Objections ("Objections") (ECF No. 22), **IT IS ORDERED** that:

1. The R&R is **APPROVED** and **ADOPTED**;

2. The Objections are **OVERRULED** for the reasons set forth in the accompanying Memorandum;

3. Judgment is entered affirming the decision of the Commissioner of the Social Security Administration and Petitioner's Request for Review (ECF. No. 9) is **DENIED**; and

4. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

**IT IS SO ORDERED.**

BY THE COURT:

_/s/ John Milton Younge_
**JUDGE JOHN MILTON YOUNGE**